IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 1:25-cv-02445-PLF |

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

For the reasons set forth in Plaintiffs' Memorandum in Support of Plaintiffs' Motion for a Preliminary Injunction and accompanying declarations and exhibits, Plaintiffs move this Court, pursuant to Fed. R. Civ. P. 65 and L. Civ. R. 65.1, to enter a preliminary injunction enjoining the Defendants other than Donald J. Trump from implementing or otherwise giving effect to Section 2 of Executive Order No. 14,251, <u>Exclusions from Federal Labor-Management Programs</u>, 90 Fed. Reg. 14,553 (March 27, 2025) ("EO 14,251"), and the Office of Personnel Management's <u>Guidance on Executive Order Exclusions from Federal Labor-Management Programs</u> (Mar. 27, 2025), with respect to Plaintiffs' bargaining units and all employees in the Plaintiffs' bargaining units. Plaintiffs further request all other appropriate relief necessary for the effectiveness of such preliminary injunction. Plaintiffs also request that the preliminary injunction direct Plaintiffs to post with the Court $100 as security.

For purposes of this motion, Plaintiffs' bargaining units are as follows:

1) the Environmental Protection Agency bargaining unit represented by Plaintiff International Federation of Professional & Technical Engineers ("IFPTE"), Local 20;

2) the Department of Defense bargaining units represented by: a) IFPTE Locals 1, 3, 4, 7, 8A, 12, 16, 22, 32, 49, 86, 96, 97, 98, 121, 131, 259, 561, 777, 852, and 1437; b) Plaintiff American Federation of Teachers' Overseas Federation of Teachers; c) Plaintiff Metal Trades Department's metal trades councils; d) Plaintiff International Organization of Masters, Mates & Pilots; e) Plaintiff District No. 1, Pacific Coast District, Marine Engineers' Beneficial Association; f) Plaintiff United Association of Journeymen and Apprentices of the Plumbing and Pipefitting Industry, Local 100; g) Plaintiffs International Brotherhood of Electrical Workers, Local Unions 26, 1688, 2080, and 2219; and h) Plaintiff International Association of Machinists and Aerospace Workers, AFL-CIO ("IAM") Locals 97, 174, 225, 282, 726, 1859, 1998, 2049, 2296, 2297, 2424, 2783, and 2902.

3) the U.S. Coast Guard (Department of Homeland Security) bargaining units represented by a) Plaintiff Metal Trades Department's metal trades councils; and b) IAM Local 2203.

4) the Department of Energy bargaining unit represented by Plaintiff Office and Professional Employees International Union's Local 2001.

Dated:  August 22, 2025                     Respectfully submitted,

/s/ Scott A. Kronland
Scott A. Kronland*
Bronwen B. O'Herin*
Talia Stender**
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
(415) 421-7151
skronland@altber.com
boherin@altber.com
tstender@altber.com
*Counsel for Plaintiffs*

/s/ Matthew Ginsburg
Matthew Ginsburg (#1001159)

Raven Hall (#1022296)
American Federation of Labor and Congress of
Industrial Organizations (AFL-CIO)
815 Black Lives Matter Plaza NW
Washington, DC 20006
(202) 637-5397
mginsburg@aflcio.org
rhall@aflcio.org
*Counsel for Plaintiff American Federation of Labor
and Congress of Industrial Organizations*

/s/ Michael A. Evans
Michael A. Evans*
Hartnett Reyes-Jones, LLC
4399 Laclede Avenue
St. Louis, Missouri 63108
(314) 531-1054
mevans@hrjlaw.com
*Counsel for Plaintiff Metal Trades Department,
AFL-CIO*

/s/ Gabriel Terrasa
Gabriel A. Terrasa*
Terrasa & Stair, P.A.
7472 Weather Worn Way
Columbia, Maryland 21046
(410) 609-3953
gterrasa@tslawmd.com
*Counsel for Plaintiff International Organization of
Masters, Mates, & Pilots, AFL-CIO*

/s/ Richard Hirn
Richard J. Hirn (#291849)
5335 Wisconsin Ave NW, Suite 440
Washington DC 20015
202-274-1812
richard@hirnlaw.com
*Counsel for Plaintiff District No. 1, PCD, Marine
Engineers Beneficial Association, AFL-CIO*

/s/ Keith R. Bolek
Keith R. Bolek (#463129)
April H. Pulliam (#198026)
O'Donoghue & O'Donoghue LLP
5301 Wisconsin Avenue, Suite 800
Washington, D.C. 20015

3

(202) 362-0041
kbolek@odonoghuelaw.com
apulliam@odonoghuelaw.com
*Counsel for Plaintiff Local 100, United Association of Journeymen and Apprentices of the Plumbing and Pipefitting Industry of the United States and Canada, AFL-CIO*

/s/ Jane Lauer Barker
Jane Lauer Barker**
Annalise Leonelli**
Pitta LLP
120 Broadway, 28th Floor
New York, NY 10271
(212) 652-3890
jbarker@pittalaw.com
aleonelli@pittalaw.com
*Counsel for Plaintiff Office and Professional Employees International Union, AFL-CIO*

/s/ Carla M. Siegel
Carla M. Siegel (#449953)
International Association of Machinists and Aerospace Workers, AFL-CIO
9000 Machinists Place
Upper Marlboro, MD 20772
(301) 967-4510
csiegel@iamaw.org
*Counsel for Plaintiff International Association of Machinists and Aerospace Workers, AFL-CIO*

/s/ Teresa Ellis
Teresa Ellis (#495855)
General Counsel
International Federation of Professional & Technical Engineers, AFL-CIO
513 C Street N.E.
Washington, D.C. 20002
Tel: (202) 239-4880
tellis@ifpte.org
*Counsel for Plaintiff International Federation of Professional & Technical Engineers, AFL-CIO*

*Admitted pro hac vice
** Pro hac vice motion to be filed
*** Pro hac vice motion pending

4