IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 1:25-cv-02445-PLF |

**DECLARATION OF EDWARD JONES**

I, Edward Jones, declare as follows:

1.　　I am the President of the Metal Trades Department, AFL-CIO ("Department"). I have held this position since January 22, 2024. This declaration is based on my personal knowledge and the records and information available to the Department.

2.　　The Department is a trade department of the AFL-CIO that was formed in 1908. The jurisdiction of the Department includes blue collar trades employees employed by the federal government and federal contractors. The Department is comprised of approximately 32 Metal Trades Councils. Each Metal Trades Council is made up of and governed by affiliated local unions. Metal Trades Councils engage in collective bargaining with federal agencies and serve as the bargaining representative of federal workers.

3.　　The following Metal Trades Councils represent federal workers under collective bargaining agreements with federal agencies: Baltimore Metal Trades Council, Bremerton Metal Trades Council, China Lake Metal Trades Council, Columbus Metal Trades Council, Hawaii

1

Metal Trades Council, Philadelphia Metal Trades Council, Portsmouth Metal Trades Council, Tidewater Metal Trades Council, and Washington Area Metal Trades Council.

4. Baltimore Metal Trades Council is located in Curtis Point, Maryland. Its collective bargaining agreements cover approximately 440 civilian trades employees of the U.S. Coast Guard.

5. Bremerton Metal Trades Council is located in Bremerton, Washington. Its collective bargaining agreements cover approximately 9,786 civilian trades employees of the U.S. Navy.

6. China Lake Metal Trades Council is located in Ridgecrest, California. Its collective bargaining agreements cover approximately 489 civilian trades employees of the U.S. Navy.

7. Columbus Metal Trades Council is located in Fort Benning, Georgia. Its collective bargaining agreements cover approximately 306 civilian trades employees of the U.S. Army.

8. Hawaii Metal Trades Council is located in Aiea, Hawaii. Its collective bargaining agreements cover approximately 2,860 civilian trades employees of the U.S. Navy.

9. Philadelphia Metal Trades Council is located in Philadelphia, Pennsylvania. Its collective bargaining agreements cover approximately 117 civilian trades employees of the U.S. Navy.

10. Portsmouth Metal Trades Council is located in Portsmouth, New Hampshire. Its collective bargaining agreements cover approximately 2,927 civilian trades employees of the U.S. Navy.

11. Tidewater Metal Trades Council is located in Portsmouth, Virginia. Its collective bargaining agreements cover approximately 4,857 civilian trades employees of the U.S. Navy and the U.S. Coast Guard.

12. Washington Area Metal Trades Council is located in Capitol Heights, Maryland. Its collective bargaining agreements cover approximately 175 civilian trades employees of the U.S. Navy and Department of Commerce.

13. Through its Metal Trades Councils, the Department has for decades consistently engaged in collective bargaining with federal agencies. This representation has endured during both wartime and peacetime. For instance, Baltimore Metal Trades Council has represented civilian trades employees of the U.S. Coast Guard since 1964.

14. At no point prior to Executive Order No. 14251 ("Executive Order") did any agency ever claim that the Department's representation of federal workers was contrary to the interests of national security. Likewise, the Department was never consulted prior to the enactment of the Executive Order.

15. The Department's goal in collective bargaining is to promote the interests of workers in their federal employment, including working for a safe and fair workplace for all members. As the exclusive bargaining representative of these workers, the Department's Metal Trades Councils provide many services to bargaining unit members. These services include collective bargaining with agencies to obtain a fair and reasonable collective bargaining agreement, filing and arbitrating grievances to enforce the terms of the collective bargaining agreement, and providing other support, guidance, and resources to bargaining unit employees.

16. The Executive Order will have an immediate adverse effect on the Department's ability to provide these services to unit members and to accomplish its mission. The Executive Order will also have an immediate adverse impact on workers in the bargaining unit.

17. If the workers represented by the Metal Trades Councils lose their collective bargaining agreements and their collective bargaining rights, the Metal Trades Councils will be unable to enforce their collective bargaining agreements against the government. The collective bargaining agreements provide important rights and protections to workers. For instance, the collective bargaining agreements:

   a. Set terms and conditions for working hours, overtime, sick leave, holidays, and paid time off for workers in the unit.

   b. Impose safety and health requirements to ensure the welfare of workers in their place of employment.

   c. Establish protections for workers regarding reduction-in-force actions and procedures.

   d. Impose procedures for and limitations on disciplinary and adverse actions against workers.

   e. Establish grievance and arbitration procedures for employees to resolve disputes with agencies over employment matters.

   f. Provide for official time, which allows bargaining unit employees to perform union representational activities during certain amounts of duty time, without loss of pay or change to annual leave, and on agency property.

Without the Department and its Metal Trades Councils to represent them, the workers will lose these rights and protections going forward.

18. The Metal Trades Councils' activities are funded through per capita payments received from their affiliated local unions. These affiliates are funded through voluntary dues payments from their members. The dues payments are primarily made through payroll deduction after a member has agreed in writing to such deduction. After the issuance of the Executive Order, the government has ceased dues deductions from the vast majority of members' paychecks. The failure to deduct dues has threatened the Metal Trades Councils' ability to provide the member services described above.

19. Workers represented by Metal Trades Councils work alongside other federal employees who are not covered by the Executive Order because they work as police officers, security guards, or firefighters. For instance, the Portsmouth Metal Trades Council represents a bargaining unit at the Portsmouth Naval Shipyard. The International Association of Firefighters also has a bargaining unit at the Portsmouth Naval Shipyard that is not covered by the Executive Order. Unlike the Portsmouth Metal Trades Council's unit, the International Association of Firefighters' unit retains full collective bargaining rights under the Executive Order. There is no logical reason for the distinction.

20. The United States Coast Guard issued a memorandum to the Tidewater Metal Trades Council dated August 8, 2025. Pursuant to the Executive Order, the memorandum terminates the Tidewater Metal Trades Council's collective bargaining agreement with the United States Coast Guard, effective immediately. In the memorandum, the Tidewater Metal Trades Council is referred to as "Metal Trades Council Local 854." A copy of the memorandum is attached hereto as Exhibit 1.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed August 18 , 2025, in Washington, DC.

_____
EDWARD JONES

# Exhibit 1

**U.S. Department of Homeland Security**

**United States Coast Guard**



Commandant
United States Coast Guard

2703 Martin Luther King Jr. Ave SE
Washington D.C. 20593-7000
(202) 372-4500

12711
8 Aug 2025

# MEMORANDUM

From: M.H. Day, RADM *[signed for, Acting]*
Deputy Commandant for Personnel

To: Edward Jones
Metal Trades Council Local 854

Subj: Executive Order 14, 251 Exclusions from Federal Labor-Management Relations Programs

1. I am writing to confirm that, effective immediately, the United State Coast Guard's contract with the Metal Trades Council Local 854 is terminated per Executive Order 14, 251.

2. Questions related to this memorandum should be directed to: SMB-COMDT-CG124-LaborRelationsDivision@uscg.mil

3. We appreciate your time and attention to this matter.