IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>    Defendants. | Civil Action No. 1:25-cv-02445-PLF |

## DECLARATION OF RANDI CISZEWSKI

Ruthann "Randi" Ciszewski does hereby declare:

1. I am the Government Fleet Representative for the Federal Employee Membership Group at the International Organization of Masters, Mates & Pilots, AFL-CIO ("MM&P"). I have worked for MM&P for more than 25 years.

2. MM&P is a labor union established in 1887 that represents masters, mates and other marine personnel on US-flag commercial vessels, on civilian-crewed ships in the federal government fleet, and on tugs, ferries, dredges and harbor tour vessels throughout the United States.

3. MM&P's Federal Employee Membership Group comprises the MM&P bargaining units of mariners on civilian-crewed ships in the federal government fleet.

4. I am familiar with President Trump's Executive Order No. 14251, Exclusions from Federal Labor-Management Programs (March 27, 2025) ("Executive Order").

1

5. The Executive Order would affect seven MM&P bargaining units: one bargaining unit of employees of the Army Corps of Engineers and six bargaining units of employees of the Navy Department.

6. The employees in these MM&P federal bargaining units include tug captains, pilots, licensed deck officers, pursers, and medical service officers. The work that MM&P bargaining unit members perform on these civilian-crewed ships is essentially the same as the work that other MM&P bargaining unit workers perform on commercial vessels.

7. MM&P has represented these bargaining units for decades. For example, MM&P has represented one of its Army Corps of Engineers bargaining units since the early 1970s and one of its Navy Department bargaining units since 1983.

8. MM&P has represented these bargaining units throughout wartime and peacetime. There has never been any conflict between collective bargaining and national security for these units. Indeed, the Army Corps of Engineers and Navy Department would have difficulty staffing these positions without MM&P's assistance.

9. MM&P has collective bargaining agreements with the federal government for each of the seven bargaining units discussed above. The collective bargaining agreements provide employees with contractual protections against arbitrary discipline and with a right to union representation during the disciplinary process. The collective bargaining agreements also provide for, among many other things, the hours of work, overtime, compensatory time, annual and sick leave, holidays, shore leave and other leave. The collective bargaining agreements also include a grievance and arbitration process to resolve any disputes.

10. Since the issuance of the Executive Order, MM&P has not received any clear guidance from the Army Corps of Engineers or Navy Department about how and when the Executive Order will be implemented.

11. The employers for these bargaining units have stopped deducting voluntary union dues as required by our collective bargaining agreements, thereby causing a sudden drop in the revenue necessary to pay for worker representation. The employers have also been holding grievances in abeyance. As of the date this declaration is being signed, MM&P has not received notice that the government is terminating our collective bargaining agreements and de-recognizing MM&P as the bargaining representative.

12. If the employers terminate our collective bargaining agreements and refuse to recognize MM&P as the bargaining representative, MM&P and the unit employees will suffer serious, irreparable harm. The employees will lose all their contractual rights concerning hours of work, overtime, compensatory time, annual and sick leave, holidays, shore leave and other leave. The employees will also lose their right to union representation in the disciplinary process; the employees with have no means of pursuing contractual grievances; and the employer will have no obligation to meet and negotiate with MM&P in the future. MM&P will be unable to represent the unit employees in collective bargaining or in disciplinary matters or in resolving grievances if MM&P is no longer recognized as their representative, so MM&P will not be able to perform its core functions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 13, 2025.

*Ruthann "Randi" Ciszewski*
Ruthann "Randi" Ciszewski