IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-02445-PLF |

### DECLARATION OF BEN BRADSHAW

I, Ben Bradshaw, do hereby declare:

1. I am the Business Manager of Local 100, United Association of Journeymen and Apprentices of the Plumbing and Pipefitting Industry of the United States and Canada, AFL-CIO ("Local 100"). I have served in this capacity since July 2022. Prior to that time, I served as the Financial Secretary-Treasurer of Local 100 for twelve years.

2. Local 100 is a labor organization that represents plumbers, pipefitters, HVAC service technicians in northeastern Texas. While Local 100 primarily represents employees in the private sector, it is also the certified exclusive bargaining representative of federal employees who work for the United States Department of Defense, Department of the Army, at Red River Army Depot ("RRAD") located in New Boston, Texas.

3. On January 23, 2020, the Federal Labor Relations Authority certified Local 100 as the exclusive bargaining representative of a unit of approximately fifty federal employees who work at RRAD. The unit includes all non-supervisory Plumbers, Pipefitters, Millwrights, Equipment Mechanics, Welders, Fixed Industrial Mechanics, Boiler Plant Operators, and leaders, helpers, and apprentices in these occupations.

1

4. I am familiar with President Trump's Executive Order No. 14251, Exclusions from Federal Labor-Management Programs (March 27, 2025) ("Executive Order").

5. The Executive Order would affect Local 100's bargaining unit at RRAD.

6. Since the issuance of the Executive Order, Local 100 has not received any clear guidance from the Department of the Army about how and when the Executive Order will be implemented. As of the date this declaration is being signed, Local 100 has not received notice that the government is terminating our collective bargaining agreements and withdrawing recognition of Local 100 as the bargaining representative.

7. If the Department of the Army and RRAD withdraws recognition and refuses to bargain collectively with Local 100 as the employees' bargaining representative, Local 100 and the unit employees will suffer serious, irreparable harm. The employees will also lose their right to union representation in the disciplinary process; the employees with have no means of pursuing contractual grievances; and the employer will have no obligation to meet and negotiate with Local 100 in the future. Local 100 will be unable to represent the unit employees in collective bargaining or in disciplinary matters or in resolving grievances if Local 100 is no longer recognized as their representative, so Local 100 will not be able to perform its core functions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 20, 2025.

_____
Ben Bradshaw

2