IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-02445-PLF |

**DECLARATION OF CHRISTOPHER M. CASH**

I, Christopher M. Cash, declare as follows:

1. I am over eighteen years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am the Business Manager and member of the International Brotherhood of Electrical Workers, Local Union 26 ("IBEW Local 26").

3. IBEW Local 26 is a labor organization that serves as the exclusive bargaining representative for all wage grade employees employed at the Pentagon by the Office of the Secretary of Defense, Washington Headquarters Services, Facilities Services Directorate, Federal Facilities Division.

4. IBEW Local 26 has represented the bargaining unit since 1991.

5. The bargaining unit represented by IBEW Local 26 includes approximately 450 employees, including electricians, maintenance mechanics, materials handlers, and utility systems repairer-operators.

6. IBEW Local 26 and the Department of Defense are parties to a collective bargaining agreement.

7. The collective bargaining agreement provides employees with critical workplace rules and protections. For example, the collective bargaining agreement:

  a. Sets terms and conditions for working hours, overtime work and premium pay, sick leave, holidays, and paid time off.

  b. Imposes safety and health requirements to ensure the welfare of workers in the workplace.

  c. Establishes protections for workers in the event of reduction-in-force ("RIF") actions and procedures.

  d. Creates procedures for and limitations on disciplinary and adverse actions against employees.

  e. Provides for official time, which allows bargaining unit employees to perform union representation activities for certain amounts of time when the employee would otherwise be in duty status, without loss of pay or charge to annual leave.

8. As Business Manager, I serve as one of IBEW Local 26's representatives and points of contact with the Department of Defense. In that role, I am responsible for enforcing the collective bargaining agreement on the union's behalf. My duties include negotiating with the agency on matters concerning employees' terms and conditions of employment; processing employee grievances; dealing with management regarding workplace safety issues; and generally fostering a productive labor-management relationship.

9. On March 27, 2025, President Trump signed Executive Order 14251, "Exclusions From Federal Labor-Management Relations Programs," 90 Fed. Reg. 14553 (Apr. 3, 2025) (the

"Exclusions Order"). Section 2(b) of the Exclusions Order excludes the Department of Defense from the coverage of the Federal Service Labor-Management Relations Statute, 5 U.S.C. § 7101 et seq.

10. Terminating IBEW Local 26's collective bargaining agreement and denying employees their right to collectively bargain pursuant to the Exclusions Order will have an immediate and irreparable adverse impact on IBEW Local 26 and the bargaining unit because it will deprive employees of the critical protections provided for in the collective bargaining agreement, as noted above. The loss of many of those protections, such as the right to union representation during the disciplinary process, to procedural protections in the event of a reduction-in-force, to safety and health protections, and provisions regarding work schedules, are not matters that can be fully remedied after the fact.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 20, 2025.

*Christopher M. Cash* (signature)

Christopher M. Cash