IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-02445-PLF |

**DECLARATION OF JAMES MARTIN MUILENBURG**

I, James Martin Muilenburg, declare as follows:

1. I am over eighteen years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am a Senior Power Plant Mechanic employed by the U.S. Army Corps of Engineers, Omaha District, at Garrison Dam in Riverdale, North Dakota. I have worked for the U.S. Army Corps of Engineers, Omaha District, for 23 years.

3. I am the Vice President and member of the International Brotherhood of Electrical Workers, Local Union 1688 ("IBEW Local 1688"). I have served in that position for 6 years.

4. IBEW Local 1688 is a labor organization that serves as the exclusive bargaining representative for power production wage board employees of the U.S. Army Corps of Engineers, Omaha District, at the six major dams along the Missouri River: specifically, Fort Peck Dam in Montana, Garrison Dam in North Dakota, and Oahe, Big Bend, Fort Randall, and Gavins Point Dams in South Dakota.

5. IBEW Local 1688 has represented the bargaining unit employees at U.S. Army Corps of Engineers, Omaha District, since 1958.

6. The U.S. Army Corps of Engineers is responsible for building, maintaining, and operating various civil works projects. The U.S. Army Corps of Engineers, Omaha District, maintains and operates locks, dams, and hydroelectric power plants along the Missouri River.

7. In furtherance of the Corps' civilian mission, employees represented by IBEW Local 1688 – including operators, electricians, electronic mechanics, and power plant mechanics – perform the operations and maintenance for power plants, switchyards, and outlet works.

8. IBEW Local 1688 and the U.S. Army Corps of Engineers, Omaha District, are parties to a collective bargaining agreement.

9. The collective bargaining agreement provides employees with critical workplace rules and protections. For example, the collective bargaining agreement:

   a. Sets terms and conditions for working hours, overtime work and premium pay, sick leave, holidays, and paid time off.

   b. Imposes safety and health requirements to ensure the welfare of workers in the workplace.

   c. Establishes protections for workers in the event of reduction-in-force ("RIF") actions and procedures.

   d. Creates procedures for and limitations on disciplinary and adverse actions against employees.

   e. Provides for official time, which allows bargaining unit employees to perform union representation activities for certain amounts of time when the employee would otherwise be in duty status, without loss of pay or charge to annual leave.

10. As Vice President of IBEW Local 1688, I serve as a representative and point of contact with the U.S. Army Corps of Engineers, Omaha District. In that role, I assist in enforcing the collective bargaining agreement on the union's behalf. My duties include negotiating with the agency on matters concerning employees' terms and conditions of employment; processing employee grievances; dealing with management regarding workplace safety issues; and generally fostering a productive labor-management relationship.

11. On March 27, 2025, President Trump signed Executive Order 14251, "Exclusions From Federal Labor-Management Relations Programs," 90 Fed. Reg. 14553 (Apr. 3, 2025) (the "Exclusions Order"). Section 2(b) of the Exclusions Order excludes the Department of Defense from the coverage of the Federal Service Labor-Management Relations Statute, 5 U.S.C. § 7101 et seq. The U.S. Army Corps of Engineers, Omaha District, is a subdivision of the Department of Defense.

12. Since the Exclusions Order was signed, the U.S. Army Corps of Engineers, Omaha District has: ceased withholding dues from employees' checks as provided for in the collective bargaining agreement; failed to respond to requests to meet with the union to discuss matters of mutual concern as required by the Federal Service Labor-Management Relations Statute and the collective bargaining agreement; and prohibited the use of official time by union representatives to conduct legitimate representational activities on behalf of the bargaining unit.

13. As a result of the agency's cessation of dues withholding, IBEW Local 1688 has lost the bi-weekly dues once paid by its members that are employed by the U.S. Army Corps of Engineers, Omaha District. IBEW Local 1688 depends on dues revenue to represent its bargaining unit.

14. Terminating IBEW Local 1688's collective bargaining agreement and denying employees their right to collectively bargain pursuant to the Exclusions Order will have an immediate and irreparable adverse impact on IBEW Local 1688 and the bargaining unit because it will deprive employees of the critical protections provided for in the collective bargaining agreement, as noted above. The loss of many of those protections, such as the right to union representation during the disciplinary process, to procedural protections in the event of a reduction-in-force, to safety and health protections, and provisions regarding work schedules, are not matters that can be fully remedied after the fact.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 19, 2025.

_James M. Muilenburg_
James M. Muilenburg