IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-02445-PLF |

**DECLARATION OF JAMES FARVER**

I, James Farver, declare as follows:

1. I am over eighteen years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am a Power Plant Senior Controller employed by the U.S. Army Corps of Engineers, Little Rock District, at Table Rock Dam in Branson, Missouri. I have worked for the U.S. Army Corps of Engineers, Little Rock District, for 16 years.

3. I am the Business Manager/President and member of the International Brotherhood of Electrical Workers, Local Union 2219 ("IBEW Local 2219"). I have served as Business Manager for 11 years.

4. IBEW Local 2219 is a labor organization that serves as the exclusive bargaining representative of two separate units at the U.S. Army Corps of Engineers, Little Rock District. The first unit – which includes personnel employed at the various hydroelectric generating plants, including adjacent dams, pumping stations, and overlooks assigned to the hydroelectric generating plants and closely related facilities within the jurisdiction of the Little Rock District Corps of

Engineers – has been represented by IBEW Local 2219 since 1966. The second unit – which includes all full-time and part-time non-professional employees, Classification Act (GS) and Wage Grade employees of the Little Rock District, including the employees of the Navigation Branch of the Russellville Resident Office – has been represented by IBEW Local 2219 since 1995.

5. The U.S. Army Corps of Engineers is responsible for building, maintaining, and operating various civil works projects. The U.S. Army Corps of Engineers, Little Rock District, maintains and operates locks, dams, and hydroelectric power plants situated along waterways in Arkansas and southern Missouri.

6. IBEW Local 2219 also serves as the exclusive bargaining representative of all wage board personnel employed by the U.S. Army Corps of Engineers, Fort Worth District, at the Whitney Dam and Hydroelectric Plant in Texas.

7. In furtherance of the Corps' civilian mission, employees represented by IBEW Local 2219 operate and maintain the Corps' civil works projects, including locks, dams, and hydropower plants.

8. IBEW Local 2219 has collective bargaining agreements with the U.S. Army Corps of Engineers, Little Rock District, and the U.S. Army Corps of Engineers, Fort Worth District.

9. Those collective bargaining agreements provide employees with critical workplace rules and protections. For example, the collective bargaining agreements:

    a. Set terms and conditions for working hours, overtime work and premium pay, sick leave, holidays, and paid time off.

    b. Impose safety and health requirements to ensure the welfare of workers in the workplace.

    c. Establish protections for workers in the event of reduction-in-force ("RIF") actions and procedures.

    d. Create procedures for and limitations on disciplinary and adverse actions against employees.

    e. Provide for official time, which allows bargaining unit employees to perform union representation activities for certain amounts of time when the employee would otherwise be in duty status, without loss of pay or charge to annual leave.

10. As Business Manager, I serve as IBEW Local 2219's primary representative and point of contact with the U.S. Army Corps of Engineers, Little Rock and Fort Worth Districts. In that role, I am responsible for enforcing the collective bargaining agreements on the union's behalf. My duties include negotiating with the agency on matters concerning employees' terms and conditions of employment; processing employee grievances; dealing with management regarding workplace safety issues; and generally fostering a productive labor-management relationship.

11. On March 27, 2025, President Trump signed Executive Order 14251, "Exclusions From Federal Labor-Management Relations Programs," 90 Fed. Reg. 14553 (Apr. 3, 2025) (the "Exclusions Order"). Section 2(b) of the Exclusions Order excludes the Department of Defense from the coverage of the Federal Service Labor-Management Relations Statute, 5 U.S.C. § 7101 et seq. The U.S. Army Corps of Engineers, Little Rock and Fort Worth Districts are subdivisions of the Department of Defense.

12. Since the Exclusions Order was signed, the U.S. Army Corps of Engineers, Little Rock and Forth Worth Districts have ceased withholding dues from employees' checks as provided for in the collective bargaining agreements and declined to meet with the union to discuss matters of mutual concern as required by the Federal Service Labor-Management Relations Statute.

3

13. As a result of the agency's cessation of dues withholding, IBEW Local 2219 has lost the bi-weekly dues once paid by its members that are employed by the U.S. Army Corps of Engineers, Little Rock and Fort Worth Districts. IBEW Local 2219 depends on dues revenue to represent its bargaining units.

14. Terminating IBEW Local 2219's collective bargaining agreements and denying employees their right to collectively bargain pursuant to the Exclusions Order will have an immediate and irreparable adverse impact on IBEW Local 2219 and the bargaining units because it will deprive employees of the critical protections provided for in the collective bargaining agreements, as noted above. The loss of many of those protections, such as the right to union representation during the disciplinary process, to procedural protections in the event of a reduction-in-force, to safety and health protections, and provisions regarding work schedules, are not matters that can be fully remedied after the fact.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 21, 2025.

_____
James Farver