IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-02445-PLF |

**DECLARATION OF CRAIG NORMAN**

I, Craig Norman, declare as follows:

1. I am the Director of Collective Bargaining for the International Association of Machinists and Aerospace Workers, AFL-CIO ("IAM"). I have held this position since October of 2016. I am also the Director of the IAM Government Employee Department, which is a position that I have held since 2020. This declaration is based on my personal knowledge and the IAM's records.

2. The IAM is one of the largest and most diverse labor unions in North America. IAM Locals and Districts represent civilian employees of the Department of Defense and the Coast Guard who would be excluded from collective bargaining by Executive Order No. 14251, Exclusions from Federal Labor-Management Programs (March 27, 2025) ("Executive Order"). Specifically, IAM Locals 97, 174, 225, 282, 726, 1859, 1998, 2049, 2296, 2297, 2424, 2783, and 2902 are the certified exclusive bargaining representatives of federal civilian employees of various subdivisions of the Department of Defense at facilities throughout the United States.

1

IAM Local 2203 is the certified exclusive bargaining representative of a unit of Coast Guard employees in Elizabeth City, North Carolina. Many of these bargaining units have had union representation for many decades.

3. As the exclusive bargaining representative of these workers, the IAM's Districts and Locals engage in collective bargaining with agencies to obtain a fair and reasonable collective bargaining agreements, file and arbitrate grievances to enforce the terms of the collective bargaining agreements, represent employees in disciplinary proceedings, and provide other support, guidance, and resources to bargaining unit employees.

4. The IAM's Locals have collective bargaining agreements with the federal agencies that, among other things:

   a. Set terms and conditions for working hours, overtime, sick leave, holidays, and paid time off for workers in the unit.

   b. Impose safety and health requirements to ensure the welfare of workers in their place of employment.

   c. Establish protections for workers regarding reduction-in-force actions and procedures.

   d. Impose procedures for and limitations on disciplinary and adverse actions against workers.

   e. Establish grievance and arbitration procedures for employees to resolve disputes with agencies over employment matters.

   f. Provide for official time, which allows bargaining unit employees to perform union representational activities during certain amounts of duty time, without loss of pay or change to annual leave, and on agency property.

Without union representation, the workers will lose these rights and protections going forward.

5. The Locals' activities are funded through voluntary dues payments from their members. The dues payments are primarily made through payroll deduction after a member has agreed in writing to such deduction. After the issuance of the Executive Order, the government has ceased dues deductions from the vast majority of members' paychecks. The failure to deduct dues has threatened the Locals' ability to provide the member services described above.

6. After issuance of the Executive Order, the government also ceased processing grievances for the IAM bargaining units described above. But the IAM did not receive any clear guidance from the government employers about their plans for implementation of the Executive Order.

7. On August 8, 2025, IAM Local 2203 received a memorandum from the Coast Guard stating that the Coast Guard was terminating Local 2203's collective bargaining agreement. A true and correct copy of the memorandum is attached hereto as Exhibit 1.

8. As of the date of this declaration, IAM has not received similar termination notices from the Department of Defense.

9. The implementation of the Executive Order will cause irreparable harm to IAM bargaining unit workers. The workers will be deprived of their rights to union representation during the disciplinary process, to protections against reductions in force, to health and safety protections and to contractual rights regarding working hours, overtime, sick leave, holidays, and paid time off. They will be unable to file grievances or have them resolved through arbitration. The implementation of the Executive Order will also cause irreparable harm to IAM Local Unions, by preventing them from performing their core function of representing the bargaining unit workers.

10. Workers represented by the IAM work alongside other federal employees who are not covered by the Executive Order because they work as police officers, security guards, or firefighters. There is no logical reason why the IAM bargaining units should lose their collective bargaining rights.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed August 20, 2025, in Upper Marlboro, Maryland.

          /s/ Craig Norman
          CRAIG NORMAN