IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 1:25-cv-02445-PLF |

### DECLARATION OF SCOTT A. KRONLAND

Scott A. Kronland does hereby declare:

1.　I am a partner at Altshuler Berzon LLP and one of the attorneys for plaintiffs in this action.

2.　I am familiar with the public database of federal employee collective bargaining agreements maintained by the Office of Personnel Management on its internet site at https://www.opm.gov/policy-data-oversight/labor-relations/collective-bargaining-agreements/

3.　The internet site has a search function that allows a search of the database for collective bargaining agreements by federal agency and union.  On August 19, 2025, I used the pull-down menus to search the database for collective bargaining agreements for the agency "Department of Defense" and the unions "IAFF-International Association of Firefighters" and "FOP-Fraternal Order of Police."  The database reports 67 Department of Defense bargaining units for these two unions.

2

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on August 20, 2025.

_____
Scott A. Kronland