IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, *et al.*,<br><br>               Plaintiffs,<br><br>   v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>               Defendants. | Civil Action No. 1:25-cv-02445-PLF |

**JOINT STATUS REPORT**

Pursuant to the Court's August 25, 2025 Minute Order, plaintiffs American Federation of Labor and Congress of Industrial Organizations; International Federation of Professional & Technical Engineers, AFL-CIO; American Federation of Teachers, AFL-CIO; Metal Trades Department, AFL-CIO; International Organization of Masters, Mates & Pilots, AFL-CIO; District No. 1, Pacific Coast District, Marine Engineers' Beneficial Association, AFL-CIO; United Association of Journeymen and Apprentices of the Plumbing and Pipefitting Industry, Local 100, AFL-CIO; International Brotherhood of Electrical Workers, Local Union 26, AFL-CIO; International Brotherhood of Electrical Workers, Local Union 1688, AFL-CIO; International Brotherhood of Electrical Workers, Local Union 2080, AFL-CIO; International Brotherhood of Electrical Workers, Local Union 2219, AFL-CIO; Office and Professional Employees International Union, AFL-CIO; and International Association of Machinists and Aerospace Workers, AFL-CIO ("Plaintiffs") and defendants Donald J. Trump, Scott Kupor, Lee M. Zeldin, Peter Hegseth; Kristi Noem; and Chris Wright, in their official capacities, ("Defendants," collectively "the Parties") respectfully submit this joint status report.

1

The Court's Minute Order directed the Parties to meet and confer and file a joint status report that "include[s] the following: (1) proposed dates for an oral argument on plaintiffs' motion [for a preliminary injunction]; (2) proposed deadlines for defendants' response to plaintiffs' motion for preliminary injunction and plaintiffs' reply in view of the oral argument dates proposed; (3) the parties' positions on whether it would be more efficient to proceed directly to the merits of the case on an expedited summary judgment briefing schedule; and (4) if the parties agree to move directly to summary judgment, a proposed schedule for expedited summary judgment briefing."

Counsel for the Parties met and conferred and propose the following schedule for Plaintiffs' preliminary injunction motion:

Defendants' response due September 15, 2025;

Plaintiffs' reply due September 22, 2025;

Hearing:  September 29 or 30 or, if necessary, October 1, 2025.

Plaintiffs' lead counsel has a hearing scheduled in California on October 2, 2025 and will be on vacation for the following two weeks, and Plaintiffs therefore respectfully request that the hearing be held on one of the proposed dates if possible.

The Parties did not agree to proceed directly to the merits of the case on an expedited summary judgment briefing schedule.  The Parties propose that they meet and confer and submit a proposed summary judgment briefing schedule after Plaintiffs' preliminary injunction motion is resolved.  The Parties further agree that Defendants' obligation to respond to Plaintiffs' Amended Complaint, currently due October 5, 2025, should be deferred pending resolution of Plaintiffs' motion for preliminary injunction.

Dated: September 1, 2025

Respectfully submitted,

*/s/ Scott A. Kronland*
Scott A. Kronland*
Bronwen B. O'Herin*
Talia Stender**
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
(415) 421-7151
skronland@altber.com
boherin@altber.com
tstender@altber.com
*Counsel for Plaintiffs*

Matthew Ginsburg (#1001159)
Raven Hall (#1022296)
American Federation of Labor and Congress of Industrial Organizations (AFL-CIO)
815 Black Lives Matter Plaza NW
Washington, DC 20006
(202) 637-5397
mginsburg@aflcio.org
rhall@aflcio.org
*Counsel for Plaintiff American Federation of Labor and Congress of Industrial Organizations*

Michael A. Evans*
Hartnett Reyes-Jones, LLC
4399 Laclede Avenue
St. Louis, Missouri 63108
(314) 531-1054
mevans@hrjlaw.com
*Counsel for Plaintiff Metal Trades Department, AFL-CIO*

Gabriel A. Terrasa*
Terrasa & Stair, P.A.
7472 Weather Worn Way
Columbia, Maryland 21046
(410) 609-3953
gterrasa@tslawmd.com
*Counsel for Plaintiff International Organization of Masters, Mates, & Pilots, AFL-CIO*

3

Richard J. Hirn (#291849)
5335 Wisconsin Ave NW, Suite 440
Washington DC 20015
202-274-1812
richard@hirnlaw.com
*Counsel for Plaintiff District No. 1, PCD, Marine Engineers Beneficial Association, AFL-CIO*

Keith R. Bolek (#463129)
April H. Pulliam (#198026)
O'Donoghue & O'Donoghue LLP
5301 Wisconsin Avenue, Suite 800
Washington, D.C. 20015
(202) 362-0041
kbolek@odonoghuelaw.com
apulliam@odonoghuelaw.com
*Counsel for Plaintiff Local 100, United Association
of Journeymen and Apprentices
of the Plumbing and Pipefitting Industry of the
United States and Canada, AFL-CIO*

Jane Lauer Barker**
Annalise Leonelli**
Pitta LLP
120 Broadway, 28th Floor
New York, NY  10271
(212) 652-3890
jbarker@pittalaw.com
aleonelli@pittalaw.com
*Counsel for Plaintiff Office and Professional
Employees International Union, AFL-CIO*

Carla M. Siegel (#449953)
International Association of Machinists and
Aerospace Workers, AFL-CIO
9000 Machinists Place
Upper Marlboro, MD 20772
(301) 967-4510
csiegel@iamaw.org
*Counsel for Plaintiff International Association of
Machinists and Aerospace Workers, AFL-CIO*

Teresa Ellis (#495855)
General Counsel
International Federation of Professional &
Technical Engineers, AFL-CIO

4

                                      513 C Street N.E.
Washington, D.C. 20002
Tel: (202) 239-4880
tellis@ifpte.org
*Counsel for Plaintiff International Federation of Professional & Technical Engineers, AFL-CIO*

\*Admitted pro hac vice
\*\* Pro hac vice motion to be filed
\*\*\* Pro hac vice motion pending

Dated: September 1, 2025

BRETT A. SHUMATE
Assistant Attorney General

JACQUELINE COLEMAN SNEAD
Assistant Branch Director

*/s/ Lisa Zeidner Marcus*
LISA MARCUS (NY Bar No. 4461679)
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Twelfth Floor
Washington, D.C. 20005
Tel.: (202) 514-3336
Email: lisa.marcus@usdoj.gov

*Counsel for Defendants*

5