IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, *et al.*,<br><br>       Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>       Defendants. | Civil Action No. 1:25-cv-02445-PLF |

**SUPPLEMENTAL DECLARATION OF EDWARD JONES**

I, Edward Jones, declare as follows:

1.      I am the President of the Metal Trades Department, AFL-CIO ("Department"). This declaration supplements the declaration I submitted on August 22, 2025 to include documents the Department did not have at that time.

2.      Attached hereto as Exhibit 1 is a memorandum issued by the U.S. Coast Guard to the Baltimore Area Metal Trades Council dated August 8, 2025.  Attached hereto as Exhibit 2 is Advisory Notice Number 25-59 from Civilian Human Resources issued by the U.S. Coast Guard.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed August 28 2025, in Washington, DC.

8-28-2025

_____
EDWARD JONES

1

# EXHIBIT 1

**U.S. Department of**
**Homeland Security**

**United States**
**Coast Guard**

Commandant
United States Coast Guard

2703 Martin Luther King Jr. Ave SE
Washington D.C. 20593-7000
(202) 372-4500

12711
8 Aug 2025

# MEMORANDUM

From:    M.H. Day, RADM
         Deputy Commandant for Personnel

To:      Walter Brooks
         Baltimore Area Metal Trades Council Local 1383

Subj:    Executive Order 14, 251 Exclusions from Federal Labor-Management Relations
         Programs

1. I am writing to confirm that, effective immediately, the United State Coast Guard's
   contract with the Baltimore Area Metal Trades Council Local 1383 is terminated per
   Executive Order 14, 251.

2. Questions related to this memorandum should be directed to: SMB-COMDT-CG124-
   LaborRelationsDivision@uscg.mil

3. We appreciate your time and attention to this matter.

# EXHIBIT 2



**Advisory Notice**
**from**
**Civilian Human Resources**
**Number: 25-59**



## Update on Union Coverage

On March 27, 2025, President Trump signed Executive Order 14251, *Exclusions from Federal Labor-Management Relations Programs (Exclusions)*.  This order invoked the President's authority under 5 U.S.C. § 7103(b)(1) to exempt certain agencies from the provisions of the Federal Service Labor-Management Relations Statute (Statute).  The law gives the President the authority to exclude any agency or subdivision thereof from coverage under the statute if the President determines the agency or subdivision has as a primary function of intelligence, counterintelligence, investigative, or national security work.  Since the Coast Guard's primary function involves national security work, it was excluded from collective bargaining obligations.  Going forward, only firefighters are covered by the Statute.

### What's changed?

At the direction of the Department of Homeland Security, the Coast Guard formally terminated its collective bargaining relationship and agreements with the unions on August 8, 2025.  The firefighters remain covered by the Statute, therefore, the collective bargaining agreement (i.e., contract) with the International Association of Firefighters (IAFF) Local F-298 remains active. The contracts with the American Federation of Government Employees (AFGE) Council 120 and the International Association of Machinists and Aerospace Workers (IAMAW) AFL-CIO Local 2203 also remain active, however, those agreements now only cover firefighters.  The contracts no longer apply to other employees.

### What does this mean?

By operation of *Exclusions*, with the exception of the firefighters, the Coast Guard no longer recognizes the union as the exclusive representative of the civilian workforce and negotiated procedures in the contracts no longer apply.  Examples of procedures affected by *Exclusions* include:

- **Grievances**: The negotiated grievance procedure is no longer available.  Instead, in order to file a grievance, an employee must follow the Administrative Grievance Procedure, Commandant Instruction 12771.1A.



# Advisory Notice
## from
## Civilian Human Resources
### Number: 25-59



- **Representation**: Employees are no longer entitled to union representation during investigatory meetings.  The union is no longer afforded an opportunity to represent employees or the union in formal meetings.

- **Official Time**: Official time is no longer authorized except for individuals who handle representational duties for firefighters.

- **Dues Allocation**: All union dues deductions through the Coast Guard's payroll system have ceased, except for firefighters.

- **Union Office Space**: Agency space allocated for union representatives will be reclaimed and will only be used for agency business.

- **Negotiations**: Supervisors are no longer required to negotiate with unions over conditions of employment.

- **Bargaining Unit Status (BUS) Codes**: At this time, CPM-2 will not be changing BUS codes until directed to do so by the Department of Homeland Security.

If you have any questions, please reach out to your [CPM-2 Labor and Employee Relations Specialist](#).

**Released by: CAPT Laura Collins, Civilian Personnel Management (PSC-CPM)**