UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, *et. al.,*<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 25-2445 (PLF)<br>)<br>)<br>)<br>)<br>) |

ORDER

The Court has scheduled oral argument to address the Plaintiffs' Motion for a Preliminary Injunction [Dkt. No. 27] for September 30, 2025 at 11:00 a.m. in Courtroom 29 in the William B. Bryant Annex to the E. Barrett Prettyman Courthouse at 333 Constitution Avenue N.W., Washington, D.C. 20001. In preparation for the argument, it is hereby

ORDERED that counsel shall be prepared to discuss the following:

1. Does the Court's reasoning in Nat'l Treasury Emps. Union v. Trump ("NTEU"), Civil Action No. 25-0935-PLF, 2025 WL 1218044 (D.D.C. Apr. 28, 2025), Am. Foreign Serv. Ass'n v. Trump ("AFSA"), Civil Action No. 25-1030-PLF, 783 F. Supp. 3d 248 (D.D.C. May 14, 2025), Fed. Educ. Ass'n v. Trump ("FEA"), Civil Action No. 25-1362-PLF, 2025 WL 2355747 (D.D.C. Aug. 14, 2025) apply equally in this case and warrant granting plaintiffs' motion for a preliminary injunction as to their ultra vires claims?

2. How should the D.C. Circuit's recent unpublished per curiam opinion in Fed.

Educ. Ass'n v. Trump No. 25-5303 (D.C. Cir. Sept. 25, 2025), Judge Henderson's dissent, and

Judge Pan's concurrence inform the Court's analysis of plaintiffs' motion for a preliminary

injunction in this case?

   SO ORDERED.

                  PAUL L. FRIEDMAN
                  United States District Judge

DATE: 9/29/25