UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, *et. al.,* | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 25-2445 (PLF) |
| DONALD J. TRUMP, et al., | ) ) | |
| Defendants. | ) ) | |

ORDER

For the reasons explained in the oral Opinion announced in open court on

September 30, 2025, it is hereby

ORDERED that the Plaintiffs' Motion for a Preliminary Injunction [Dkt. No. 27]

is GRANTED; it is

FURTHER ORDERED that Section 2 of the Executive Order, Exclusions from

Federal Labor-Management Relations Programs (Mar. 27, 2025) ("Executive Order"), is

unlawful as applied to the Plaintiffs' bargaining units[1] and all employees in the Plaintiffs'

bargaining units; it is

FURTHER ORDERED that the Office of Personnel Management's Guidance on

Executive Order Exclusions from Federal Labor-Management Programs (Mar. 27, 2025) ("OPM

Guidance"), on the Executive Order is unlawful as applied Plaintiffs' bargaining units and all

---

[1] The Plaintiffs' bargaining units are listed below.

FURTHER ORDERED that all Defendants, with the exception of President Trump, are enjoined from implementing Section 2 of Executive Order with respect to the Plaintiffs' bargaining units and all employees in the Plaintiffs' bargaining units; it is

FURTHER ORDERED that all Defendants, with the exception of President Trump, are enjoined from implementing the OPM guidance with respect to the Plaintiffs' bargaining units and all employees in the Plaintiffs' bargaining units; it is

FURTHER ORDERED that, pursuant to Rule 65(c) of the Federal Rules of Civil Procedure, Plaintiffs shall post with the Court $100 as security for the issuance of this Preliminary Injunction; and it is

FURTHER ORDERED that the parties shall meet and confer and file a joint report on or before October 22, 2025, proposing a schedule for how this case should proceed.

For purposes of this Order, the Plaintiffs' bargaining units are as follows:

(1) the Environmental Protection Agency bargaining unit represented by Plaintiff International Federation of Professional & Technical Engineers ("IFPTE"), Local 20;

(2) the Department of Defense bargaining units represented by: (a) IFPTE Locals 1, 3, 4, 7, 8A, 12, 16, 22, 32, 49, 86, 96, 97, 98, 121, 131, 259, 561, 777, 852, and 1437; (b) Plaintiff American Federation of Teachers' Overseas Federation of Teachers; (c) Plaintiff Metal Trades Department's metal trades councils; (d) Plaintiff International Organization of Masters, Mates & Pilots; (e) Plaintiff District No. 1, Pacific Coast District, Marine Engineers' Beneficial Association; (f) Plaintiff United Association of Journeymen and Apprentices of the Plumbing and Pipefitting Industry, Local 100; (g) Plaintiffs International Brotherhood of Electrical Workers, Local Unions 26, 1688, 2080, and 2219; and (h) Plaintiff International Association of Machinists and Aerospace Workers, AFL-CIO ("IAM") Locals 97, 174, 225, 282, 726, 1859,

1998, 2049, 2296, 2297, 2424, 2783, and 2902;

(3) the U.S. Coast Guard (Department of Homeland Security) bargaining units represented by (a) Plaintiff Metal Trades Department's metal trades councils; and (b) IAM Local 2203;

(4) the Department of Energy bargaining unit represented by Plaintiff Office and Professional Employees International Union's Local 2001.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 10 | 1 | 25