IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, *et al.* | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Case No. 1:25-cv-02445-PLF |
| DONALD J. TRUMP, *et al.*, | : : | |
| Defendants. | : | |

**NOTICE OF BOND POSTED BY PLAINTIFFS**

On September 30, 2025, this Court issued an oral Opinion granting Plaintiffs' motion for a preliminary injunction and ordering Plaintiffs to post a bond in the amount of $100 as security for the injunction, pursuant to Fed. R. Civ. P. 65(c). *See* Minute Entry (Sept. 30, 2025). The Court issued a written Order reiterating its ruling on October 1, 2025. ECF No. 44. Plaintiffs file this Notice to inform the Court that they have posted the required bond.

Local Civil Rule 65.1.1 provides that a "bond or undertaking may be in the form of a surety, cash or check." Plaintiffs therefore submitted a check (Check No. 47384) in the amount of $100 to the Court's Finance Department via UPS delivery, sent on October 1, 2025. A copy of the check (with the account and routing numbers redacted) and the accompanying cover letter sent to the Court is attached as Exhibit A. On October 2, 2025, the Finance Department confirmed via phone that it had received and processed the check.

Dated: October 6, 2025

Respectfully submitted,

/s/ Scott A. Kronland
Scott A. Kronland*
Bronwen B. O'Herin*

Talia Stender\*\*
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
(415) 421-7151
skronland@altber.com
boherin@altber.com
tstender@altber.com

*Counsel for Plaintiffs*

/s/ Matthew Ginsburg
Matthew Ginsburg (#1001159)
Raven Hall (#1022296)
American Federation of Labor and Congress of
Industrial Organizations (AFL-CIO)
815 Black Lives Matter Plaza NW
Washington, DC 20006
(202) 637-5397
mginsburg@aflcio.org
rhall@aflcio.org

*Counsel for Plaintiff American Federation of Labor and Congress of Industrial Organizations*

/s/ Michael A. Evans
Michael A. Evans\*
Hartnett Reyes-Jones, LLC
4399 Laclede Avenue
St. Louis, Missouri 63108
(314) 531-1054
mevans@hrjlaw.com

*Counsel for Plaintiff Metal Trades Department, AFL-CIO*

/s/ Gabriel Terrasa
Gabriel A. Terrasa\*
Terrasa & Stair, P.A.
7472 Weather Worn Way
Columbia, Maryland 21046
(410) 609-3953
gterrasa@tslawmd.com

*Counsel for Plaintiff International Organization of Masters, Mates, & Pilots, AFL-CIO*

2

<u>/s/ Richard Hirn</u>
Richard J. Hirn (#291849)
5335 Wisconsin Ave NW, Suite 440
Washington DC 20015
202-274-1812
richard@hirnlaw.com

*Counsel for Plaintiff District No. 1, PCD, Marine Engineers Beneficial Association, AFL-CIO*

<u>/s/ April H. Pullium</u>

Keith R. Bolek (#463129)
April H. Pullium (#198026)
O'Donoghue & O'Donoghue LLP
5301 Wisconsin Avenue, Suite 800
Washington, D.C. 20015
(202) 362-0041
kbolek@odonoghuelaw.com
apullium@odonoghuelaw.com

*Counsel for Plaintiff Local 100, United Association
of Journeymen and Apprentices
of the Plumbing and Pipefitting Industry of the
United States and Canada, AFL-CIO*

<u>/s/ Jane Lauer Barker</u>

Jane Lauer Barker*
Annalise Leonelli*
Pitta LLP
120 Broadway, 28th Floor
New York, NY 10271
(212) 652-3890
jbarker@pittalaw.com
aleonelli@pittalaw.com

*Counsel for Plaintiff Office and Professional
Employees International Union, AFL-CIO*

<u>/s/ Carla M. Siegel</u>

Carla M. Siegel (#449953)
International Association of Machinists and
Aerospace Workers, AFL-CIO
9000 Machinists Place
Upper Marlboro, MD 20772

3

(301) 967-4510
csiegel@iamaw.org

*Counsel for Plaintiff International Association of Machinists and Aerospace Workers, AFL-CIO*

/s/ Teresa Ellis

Teresa Ellis (#495855)
General Counsel
International Federation of Professional &
Technical Engineers, AFL-CIO
513 C Street N.E.
Washington, D.C. 20002
Tel: (202) 239-4880
tellis@ifpte.org

*Counsel for Plaintiff International Federation of Professional & Technical Engineers, AFL-CIO*

*Admitted pro hac vice

** Pro hac vice motion to be filed

# Exhibit A



5301 Wisconsin Avenue, NW
Suite 800
Washington, DC 20015
T: 202-362-0041
F: 202-362-2640
www.odonoghuelaw.com

October 1, 2025

Clerk, U.S. District Court for the District of Columbia
Attn: Finance
333 Constitution Ave, NW
Washington, DC 20001

Via Overnight Mail

    Re:    *AFL-CIO, et al. v. Trump, et al.*, No. 25-cv-2445-PLF
            **Bond in Connection with Order Granting Preliminary Injunction**

To whom it may concern:

    I write on behalf of all Plaintiffs in the above-referenced case. Judge Friedman has ordered Plaintiffs to post a $100 bond in connection with his decision granting Plaintiffs' motion for a preliminary injunction. *See* Minute Entry (Sept. 30, 2025) (noting that Plaintiffs' motion for preliminary injunction is granted and "[b]ond of $100.00 imposed for reasons stated on the record"). Judge Friedman issued this decision in an oral Opinion at the conclusion of argument on September 30, 2025; his written order granting the preliminary injunction is forthcoming. *See id.*

    Pursuant to Judge Friedman's Opinion and Order, I am enclosing the following:

    (1) A check for the $100 bond amount, made out to "Clerk, U.S. District Court for the District of Columbia," and

    (2) A copy of the Minute Entry (September 30, 2025) reflecting the Court's Order granting the preliminary injunction and imposing the $100 bond.

    Please contact me at apullium@odonoghuelaw.com or 202-957-4013 if you have any questions or issues with the payment.

                                                        Sincerely,

                                                        April H. Pullium
                                                        *Counsel for Plaintiffs*

Cc:    Emily Hall and Jeremy Mauritzen, Counsel for Defendants (via email only)

# April Pullium

| | |
|---|---|
| **From:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Sent:** | Tuesday, September 30, 2025 3:26 PM |
| **To:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Subject:** | Activity in Case 1:25-cv-02445-PLF AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS et al v. TRUMP et al Motion Hearing |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

## District of Columbia

## Notice of Electronic Filing

The following transaction was entered on 9/30/2025 at 3:26 PM and filed on 9/30/2025

| | |
|---|---|
| **Case Name:** | AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS et al v. TRUMP et al |
| **Case Number:** | 1:25-cv-02445-PLF |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Minute Entry for proceedings held before Judge Paul L. Friedman: Motion Hearing held on 9/30/2025 re [27] MOTION for Preliminary Injunction filed by plaintiffs. Oral argument heard, and the motion is GRANTED by the court for reasons stated on the record. Bond of $100.00 imposed for reasons stated on the record. Order to follow. (Court Reporter: Stacy Johns.) (tj)**


**1:25-cv-02445-PLF Notice has been electronically mailed to:**

Keith R. Bolek     kbolek@odonoghuelaw.com, pgoodwine@odonoghuelaw.com

Jeremy S. Simon (Terminated)     jeremy.simon@usdoj.gov, Elena.Haramalis2@usdoj.gov, Joseph.Finnigan@usdoj.gov, Shadae.Beaver@usdoj.gov

Scott A. Kronland     skronland@altber.com, jperley@altber.com

1

Lisa Zeidner Marcus    lisa.marcus@usdoj.gov, fedprog.ecf@usdoj.gov, lisazmarcus@gmail.com

April H. Pullium    apullium@odonoghuelaw.com

Matthew Ginsburg    mginsburg@aflcio.org

Bronwen O'Herin    boherin@altshulerberzon.com, apena@altshulerberzon.com, glingiardi@altshulerberzon.com

Jeremy Mauritzen    jeremy.mauritzen@usdoj.gov

Emily Margaret Hall    emily.hall@usdoj.gov

Gabriel A. Terrasa    gterrasa@tslawmd.com

Michael A. Evans    mevans@hrjlaw.com, cmilliman@hrjlaw.com

Annalise Leonelli    aleonelli@pittalaw.com

Jane Lauer Barker    jbarker@pittalaw.com

**1:25-cv-02445-PLF Notice will be delivered by other means to::**

**ODONOGHUE & ODONOGHUE LLP**
5301 WISCONSIN AVE NW STE 800
WASHINGTON, DISTRICT OF COLUMBIA 20015-2000
(202) 362-0041

UNITED BANK
68-444/560

47384

September 30, 2025

PAY TO THE ORDER OF: One hundred and 00/100************************************************************************** $ ***100.00*** DOLLARS

CLERK, U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

VOID AFTER 180 DAYS

AUTHORIZED SIGNATURE

Memo: