UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, et al., <br><br> *Plaintiffs*; <br><br> v. <br><br> DONALD J. TRUMP, President of the United States, *in his official capacity*, et al., <br><br> *Defendants*. | Civil Action No. 1:25-cv-2445-PLF |

**DEFENDANTS' NOTICE OF APPEAL OF PRELIMINARY INJUNCTION**

PLEASE TAKE NOTICE that Defendants hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's September 30, 2025 oral opinion (*see* Sept. 30, 2025 Minute Entry; Sept. 30, 2025 Hearing Tr. at 37:04–57:05) and October 1, 2025 Order (Dkt. No. 45), which granted Plaintiffs' Motion for a Preliminary Injunction.

Dated: December 1, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
TYLER J. BECKER
Counsel to the Assistant Attorney General
Civil Division

ERIC HAMILTON
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director

JACQUELINE COLEMAN SNEAD
Assistant Branch Director


   /s/ *Lisa Zeidner Marcus*
LISA ZEIDNER MARCUS
Senior Counsel
U.S. Department of Justice, Civil Division
Federal Programs Branch
1100 L St, NW, Twelfth Floor
Washington, DC 20530
Tel: (202) 514-3336
Fax: (202) 616-8470
Email: lisa.marcus@usdoj.gov

*Counsel for Defendants*