IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 1:25-cv-02445-PLF |

**JOINT STATUS REPORT**

　　　　Pursuant to the Court's December 11, 2025 Minute Order, plaintiffs American Federation of Labor and Congress of Industrial Organizations; International Federation of Professional & Technical Engineers, AFL-CIO; American Federation of Teachers, AFL-CIO; Metal Trades Department, AFL-CIO; International Organization of Masters, Mates & Pilots, AFL-CIO; District No. 1, Pacific Coast District, Marine Engineers' Beneficial Association, AFL-CIO; United Association of Journeymen and Apprentices of the Plumbing and Pipefitting Industry, Local 100, AFL-CIO; International Brotherhood of Electrical Workers, Local Union 26, AFL[1]CIO; International Brotherhood of Electrical Workers, Local Union 1688, AFL-CIO; International Brotherhood of Electrical Workers, Local Union 2080, AFL-CIO; International Brotherhood of Electrical Workers, Local Union 2219, AFL-CIO; Office and Professional Employees International Union, AFL-CIO; and International Association of Machinists and Aerospace Workers, AFL-CIO ("Plaintiffs") and defendants Donald J. Trump, Scott Kupor, Lee

1

M. Zeldin, Peter Hegseth; Kristi Noem; and Chris Wright, in their official capacities, ("Defendants," collectively "the Parties") respectfully submit this joint status report.

This is one of several related lawsuits challenging Executive Order No. 14251, Exclusions from Federal Labor-Management Programs, 90 Fed. Reg. 14,553 (March 27, 2025) ("Executive Order").  This Court issued a preliminary injunction in this case on October 1, 2025, and the Court directed the parties to meet and confer and submit a joint status report regarding further proceedings.  Because of the government shutdown, the deadline to submit the joint status report was extended to December 15, 2025, and this Court subsequently granted the Parties' request to extend the deadline to submit a joint status report to December 22, 2025.

On December 15, 2025, the D.C. Circuit heard oral argument in three other cases related to this one that challenge the Executive Order: *National Treasury Employees Union v. Trump*, No. 25-5157 (D.C. Cir.); *American Foreign Service Ass'n v. Trump*, No. 25-5184 (D.C. Cir.); and *Federal Education Ass'n v. Trump*, No. 25-5303 (D.C. Cir.).  While Plaintiffs note their view that this case presents questions of law and fact not at issue in those appeals, the Parties agree that awaiting a decision on the pending appeals would provide guidance to the Parties for how this case should proceed, including for example potential motions for summary judgment and the appropriate scope of potential discovery, if any.

Accordingly, the Parties suggest that they propose a schedule for further proceedings in this matter, including potentially summary judgment briefing, within fourteen days after the D.C. Circuit issues an opinion in the above-referenced appeals. The Parties further agree and propose that Defendants' obligation to respond to Plaintiffs' complaint should continue to be deferred in the meantime.  This Court recently adopted a similar proposal in another of the related cases challenging the Executive Order, *AFSCME v. Trump,* No. 25-03306-PLF (D.D.C.).

Defendants state that their agreement to the above is without prejudice to their potentially seeking a stay pending appeal of the preliminary injunction, and Plaintiffs state that their agreement to the above is without prejudice to their opposing a motion for stay pending appeal.

Dated:  December 22, 2025

Respectfully submitted,

/s/ Scott A. Kronland
Scott A. Kronland*
Bronwen B. O'Herin*
Talia Stender*
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
(415) 421-7151
skronland@altber.com
boherin@altber.com
tstender@altber.com
*Counsel for Plaintiffs*

/s/ Matthew Ginsburg
Matthew Ginsburg (#1001159)
Raven Hall (#1022296)
American Federation of Labor and Congress of Industrial Organizations (AFL-CIO)
815 Black Lives Matter Plaza NW
Washington, DC 20006
(202) 637-5397
mginsburg@aflcio.org
rhall@aflcio.org
*Counsel for Plaintiff American Federation of Labor and Congress of Industrial Organizations*

/s/ Michael A. Evans
Michael A. Evans*
Hartnett Reyes-Jones, LLC
4399 Laclede Avenue
St. Louis, Missouri 63108
(314) 531-1054
mevans@hrjlaw.com
*Counsel for Plaintiff Metal Trades Department, AFL-CIO*

3

/s/ Gabriel Terrasa
Gabriel A. Terrasa*
Terrasa & Stair, P.A.
7472 Weather Worn Way
Columbia, Maryland 21046
(410) 609-3953
gterrasa@tslawmd.com
*Counsel for Plaintiff International Organization of Masters, Mates, & Pilots, AFL-CIO*

/s/ Richard Hirn
Richard J. Hirn (#291849)
5335 Wisconsin Ave NW, Suite 440
Washington DC 20015
202-274-1812
richard@hirnlaw.com
*Counsel for Plaintiff District No. 1, PCD, Marine Engineers Beneficial Association, AFL-CIO*

/s/ Keith R. Bolek
Keith R. Bolek (#463129)
April H. Pulliam (#198026)
O'Donoghue & O'Donoghue LLP
5301 Wisconsin Avenue, Suite 800
Washington, D.C. 20015
(202) 362-0041
kbolek@odonoghuelaw.com
apulliam@odonoghuelaw.com
*Counsel for Plaintiff Local 100, United Association of Journeymen and Apprentices of the Plumbing and Pipefitting Industry of the United States and Canada, AFL-CIO*

/s/ Jane Lauer Barker
Jane Lauer Barker*
Annalise Leonelli*
Pitta LLP
120 Broadway, 28th Floor
New York, NY  10271
(212) 652-3890
jbarker@pittalaw.com
aleonelli@pittalaw.com
*Counsel for Plaintiff Office and Professional Employees International Union, AFL-CIO*

/s/ Carla M. Siegel
Carla M. Siegel (#449953)
International Association of Machinists and
Aerospace Workers, AFL-CIO
9000 Machinists Place
Upper Marlboro, MD 20772
(301) 967-4510
csiegel@iamaw.org
*Counsel for Plaintiff International Association of Machinists and Aerospace Workers, AFL-CIO*

/s/ Teresa Ellis
Teresa Ellis (#495855)
General Counsel
International Federation of Professional &
Technical Engineers, AFL-CIO
513 C Street N.E.
Washington, D.C. 20002
Tel: (202) 239-4880
tellis@ifpte.org
*Counsel for Plaintiff International Federation of Professional & Technical Engineers, AFL-CIO*

*Admitted pro hac vice

Dated: December 22, 2025

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
TYLER J. BECKER
Counsel to the Assistant Attorney General
Civil Division

ERIC HAMILTON
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director

JACQUELINE COLEMAN SNEAD
Assistant Branch Director

/s/ Lisa Zeidner Marcus
LISA MARCUS (NY Bar No. 4461679)
Senior Counsel

5

U.S. Department of Justice, Civil Division
Federal Programs Branch
1100 L Street, NW, Twelfth Floor
Washington, D.C. 20005
Tel: (202) 598-7315
Fax: (202) 616-8470
Email: lisa.marcus@usdoj.gov

*Counsel for Defendants*